UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case Number: 18-14071-CIV-MARTINEZ-MAYNARD

ANNE KEYTE, on behalf of herself and all
others similarly situated,
    Plaintiff,

vs.

MEDICREDIT, INC.,
a Missouri Corporation,
    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 25]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. All parties shall bear their own attorney's fees and costs. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of May, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record